James E. McGinty, Jr., Plaintiff-Appellant, v. Skoog Construction Company, a Delaware Corporation, and The National Council of Teachers of English, a Not-for-Profit Corporation, Defendants-Appellees.

Gen. No. 10,556.

Fourth District.

November 10, 1964.

 Webber, Balbach & Thies, of Urbana, for appellant; Philip C. Zimmerly, of Champaign, for The National Council of Teachers of English, appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.